NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA AGUILAR (sic), an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 5:16 cv 00589 AB (SPx)<br><br>(Superior Court Case No. CIV DS1511231)<br><br>[~~PROPOSED~~] ORDER RE REMAND |

The Court has reviewed the parties' Stipulation to Remand. Based on the representations therein, the Court hereby **GRANTS** the stipulation and **REMANDS** this case to the court from which it was removed.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
The Honorable André Birotte Jr.
United States District Judge

SMRH:476568942.1                                           ORDER RE REMAND